# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2748

_____

David Thrasher,

        Appellant,

v.

Prison Official, JCCC Records
Office, Records HK,

        Appellee.

\* Appeal from the United States
\* District Court for the Western
\* District of Missouri.

\* [UNPUBLISHED]

_____

Submitted: June 23, 2009
Filed: June 25, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

David Thrasher appeals the district court's[1] order denying his motion for preliminary injunctive relief. Upon review, we conclude that the district court did not abuse its discretion in denying the motion based on Thrasher's failure to allege a viable basis for granting the requested relief. See Hamm v. Groose, 15 F.3d 110, 112-13 (8th Cir. 1994) (standard of review); Dataphase Sys. Inc. v. C L Sys., Inc., 640

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

F.2d 109, 113 (8th Cir. 1981) (preliminary-injunction factors).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.

_____